UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,<br><br>    Defendants. | No. 1:25-cv-03241-JAV-HJR |

**NOTICE OF DEFENDANTS'**
**MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Joshua A. Dunn, Esq., and Exhibit A thereto, and all other papers and proceedings in this action, Defendants Aon Risk Services Companies, Inc. ("Aon"), Robert McDonough ("McDonough"), and Danny Hall ("Hall" and, together with Aon and McDonough, "Defendants"), by their undersigned attorneys, will move this Court before the Hon. Jeannette A. Vargas, United States District Judge for the Southern District of New York, for an Order dismissing with prejudice the Amended Complaint [ECF No. 18] in its entirety for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting Defendants such other and further relief as the Court may deem just and proper.

Defendants intend to serve reply papers in further support of this motion in order to address any opposition filed by Plaintiff, Marsh USA LLC ("Marsh"). Defendants request oral argument on this motion.

Dated: July 11, 2025
New York, New York

Respectfully submitted,

| VEDDER PRICE P.C. | O'MELVENY & MYERS LLP |
|---|---|
| By: /s/ *Joshua A. Dunn* <br> Joshua A. Dunn <br> jdunn@vedderprice.com <br> Courtney M. Brown <br> cmbrown@vedderprice.com <br> Elvira Razzano <br> erazzano@vedderprice.com <br> 1633 Broadway, 31st Floor <br> New York, New York 10019 <br> T: +1 212 407 7700 <br> F: +1 212 407 7799 <br><br> Jeanah Park (admitted *pro hac vice*) <br> jpark@vedderprice.com <br> 222 N. LaSalle Street <br> Chicago, Illinois 60601 <br> T: +1 312 609 7500 <br> F: +1 312 609 5001 <br><br> *Counsel for Defendants Aon Risk Services Companies, Inc., Robert McDonough, and Danny Hall* | David S. Almeling (*pro hac vice* application forthcoming) <br> dalmeling@omm.com <br> Christopher B. Phillips (*pro hac vice* application forthcoming) <br> cphillips@omm.com <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111 <br> Telephone: +1 415 984 8700 <br><br> Eric Amdursky (*pro hac vice* application forthcoming) <br> eamdursky@omm.com <br> Ramon Ramirez (*pro hac vice* application forthcoming) <br> rramirez@omm.com <br> 2765 Sand Hill Road, 1st Floor <br> Menlo Park, California 64025-7019 <br> Telephone: +1 650 473 2600 <br><br> *Counsel for Defendants Aon Risk Services Companies, Inc., Robert McDonough, and Danny Hall* |