**GIBSON DUNN**

Karl G. Nelson
Partner
T: +1 214.698.3203
M: +1 214.929.9895
knelson@gibsondunn.com

July 24, 2025

<u>VIA ECF</u>

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re:  Letter Requesting the Court's Attention to Plaintiff's Unopposed Letter-Motion for Stay of Briefing on Pending Motion to Dismiss (Dkt. 53), in *Marsh USA LLC v. Aon Risk Servs. Cos., et al.*, Case No. 1:25-cv-3241-JAV-HJR

Dear Judge Vargas:

Defendants' motion to dismiss Plaintiff's amended complaint is pending before the Court, *see* Dkt. 39, and Plaintiff's opposition is currently due on **July 25, 2025**, *see* S.D.N.Y. Local R. 6.1(b). Defendants consented to Plaintiff's filing of a second amended complaint and were unopposed to a stay in briefing deadlines for the pending motion to dismiss in light of such amendment. On July 21, 2025, Plaintiff filed a notice of intent to amend the operative complaint pursuant to Court Rule 5(I)(i), Dkt. 52, and an uncontested letter-motion for stay of briefing on Defendants' pending motion to dismiss, Dkt. 53.

Given the urgency of the opposition deadline, **July 25, 2025**, and the parties' concordant positions as to entry of a stay, the Plaintiff respectfully requests that the Court grant the unopposed letter-motion for stay and thanks Your Honor for consideration of this request.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Karl G. Nelson*

Karl G. Nelson

KGN

Cc: To all counsel of record, via ECF

**Gibson, Dunn & Crutcher LLP**
2001 Ross Avenue Suite 2100  |  Dallas, TX 75201-2923  |  T: 214.698.3100  |  F: 214.571.2900  |  gibsondunn.com