UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
MARSH USA LLC,               :
               :
             Plaintiff,     :     25-CV-03241 (JAV) (HJR)
               :
    -v-               :     <u>ORDER</u>
               :
AON RISK SERVICES COMPANIES, INC., et al.,     :
               :
             Defendants.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On July 11, 2025, Defendants filed a motion to dismiss the amended complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      On July 21, 2025, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, Plaintiff notified the Court that they "inten[d] to file an amended complaint." ECF No. 52. Concurrently, Plaintiff also filed a motion to stay briefing on Defendants' motion to dismiss until after a second amended complaint is filed. ECF No. 53. Plaintiff's request for a stay in briefing on Defendant's motion to dismiss until after the filing of a second amended complaint is GRANTED.

      Plaintiff shall file its amended complaint by **August 8, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      By three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      The Clerk of Court is respectfully directed to terminate ECF No. 53.

SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                              _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge