**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

MARSH USA LLC,

                Plaintiff,

     v.

AON RISK SERVICES COMPANIES, INC.,
ROBERT MCDONOUGH, and DANNY
HALL,

              Defendants.

---------------------------------------------------------------

No. 1:25-cv-03241-JAV-HJR

**NOTICE OF DEFENDANTS'**
**PARTIAL MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Joshua A. Dunn, Esq., and Exhibit A thereto, and all other papers and proceedings in this action, Defendants Aon Risk Services Companies, Inc. ("Aon"), Robert McDonough ("McDonough"), and Danny Hall ("Hall" and, together with Aon and McDonough, "Defendants"), by their undersigned attorneys, will move this Court before the Hon. Jeannette A. Vargas, United States District Judge for the Southern District of New York, for an Order dismissing Counts III, IV, and V, as against Hall, of the Second Amended Complaint [ECF No. 56] ("SAC") of Plaintiff, Marsh USA LLC ("Marsh"), with prejudice, and dismissing Counts VII, VIII, IX, X, XI, XII, and XIII of the SAC in their entirety with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting Defendants such other and further relief as the Court may deem just and proper.

Defendants intend to serve reply papers in further support of this motion in order to address any opposition filed by Marsh. Defendants request oral argument on this motion.

Dated:    August 29, 2025
          New York, New York

Respectfully submitted,

VEDDER PRICE P.C.                                O'MELVENY & MYERS LLP

By: */s/ Joshua A. Dunn*
    Joshua A. Dunn                               David S. Almeling (admitted *pro hac vice*)
    jdunn@vedderprice.com                        dalmeling@omm.com
    Courtney M. Brown                            Christopher B. Phillips (admitted *pro hac vice*)
    cmbrown@vedderprice.com                      cphillips@omm.com
    Elvira Razzano                               Two Embarcadero Center, 28th Floor
    erazzano@vedderprice.com                     San Francisco, California 94111
    1633 Broadway, 31st Floor                    Telephone:  +1 415 984 8700
    New York, New York 10019
    T:  +1 212 407 7700                          Eric Amdursky (admitted *pro hac vice*)
    F:  +1 212 407 7799                          eamdursky@omm.com
                                                 Ramon Ramirez (admitted *pro hac vice*)
    Jeanah Park (admitted *pro hac vice*)        rramirez@omm.com
    jpark@vedderprice.com                        2765 Sand Hill Road, 1st Floor
    222 N. LaSalle Street                        Menlo Park, California 64025-7019
    Chicago, Illinois  60601                     Telephone:  +1 650 473 2600
    T:  +1 312 609 7500
    F:  +1 312 609 5005


*Counsel for Defendants Aon Risk Services*        *Counsel for Defendants Aon Risk Services*
*Companies, Inc., Robert McDonough, and*          *Companies, Inc., Robert McDonough, and*
*Danny Hall*                                       *Danny Hall*

2