UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

                          Plaintiff,

              -v-

AON RISK SERVICES COMPANIES, INC.,
 ROBERT MCDONOUGH, and DANNY HALL,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2026_____
```

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 90.

Pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil

Cases, discovery disputes must be raised by filing a letter motion, not by status

report.  However, the undersigned construes the parties' submission of this dispute

in this manner as a sign of the urgency of resolving this issue before the July 30,

2026 mediation.  Construed as a discovery motion, Plaintiff's motion is **GRANTED**,

and the parties shall adhere to the following deadlines:

- Each side will identify up to five existing requests for production for
  expedited response by **June 5, 2026**; responsive documents shall be produced
  by **June 26, 2026**;

- Rolling productions pursuant to the ESI Protocol shall commence by **June
  12, 2026**; rolling productions shall be completed by **July 10, 2026**;

- Documents responsive to the April 2 initial requests for production shall be
  produced by **July 24, 2026**;

1

- The parties shall file a further joint status letter by **August 3, 2026**.

**SO ORDERED.**

Dated: June 3, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge