UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

                Plaintiff,

        -v-

AON RISK SERVICES COMPANIES, INC.,
ROBERT MCDONOUGH, and DANNY HALL,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2026
```

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 94, and Defendants' letter motion, ECF No. 95 (collectively the "Motions"). The parties are directed to file responses to the Motions by **July 8, 2026**. The undersigned will hold a conference by telephone to address the Motions on **July 21, 2026** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 332 057 136#).

**SO ORDERED.**

Dated: July 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge