UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2026

MARSH USA LLC,

               Plaintiff,

        -v-

AON RISK SERVICES COMPANIES, INC.,
ROBERT MCDONOUGH, and DANNY HALL,

          Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 21, 2026 to address Plaintiff's letter motion, ECF No. 94 ("Plaintiff's Motion"), and Defendants' letter motion, ECF No. 95 ("Defendants' Motion"). For the reasons articulated in the conference transcript, Plaintiff's Motion is **DENIED,** and Defendants' Motion is **GRANTED IN PART AND DENIED IN PART.** The parties shall adhere to the directives below.

## I.     PLAINTIFF'S MOTION

Plaintiff's Motion is **DENIED,** without prejudice to renewal at a later date, subject to a showing by Plaintiff related to specific employees fitting within Defendant Robert McDonough's non-solicitation obligation.

## II.    DEFENDANTS' MOTION

For each trade secret or confidential information that Plaintiff alleges was improperly taken, used or disclosed by Defendants, Plaintiff shall produce by **July 27, 2026:** (1) a description of the trade secret or confidential information; (2) the individual who misappropriated the trade secret or confidential information; (3) the

1

date or approximate time in which the trade secret or confidential information was taken, disclosed or misappropriated; and (4) the client(s) to whom the alleged trade secret or confidential information relates. Defendants' request that Plaintiff provide Bates numbers for documents containing alleged trade secrets or confidential information is **DENIED.**

Defendants' motion to compel Plaintiff to provide further responses to Interrogatory Nos. 6 and 7 regarding its damages is **DENIED.**

III.    **CONCLUSION**

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 94 as **DENIED**, and Defendants' Motion at ECF No. 95 as **GRANTED IN PART AND DENIED IN PART.**

**SO ORDERED.**

Dated: July 21, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2