UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

               Plaintiff,

      -v-

AON RISK SERVICES COMPANIES, INC.,
ROBERT MCDONOUGH, and DANNY HALL,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 105 (the "Letter Motion"), requesting to seal and redact certain portions of the transcript from the conference held on July 21, 2026.  Plaintiff has sufficiently demonstrated that the request to seal and redact certain information is narrowly tailored and consistent with the presumption in favor of public access to judicial documents.  *See, e.g.,* *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).  Therefore, the Letter Motion is **GRANTED**.  Plaintiff is directed to contact Adrienne Mignano (adriennemignano40@gmail.com) to apply the approved redactions to the July 21, 2026 transcript.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 105 as **GRANTED**.

**SO ORDERED.**

Dated: July 28, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2