USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 116 (the "Letter Motion"), requesting a pre-motion conference in anticipation of a motion to compel Plaintiff to produce documents. Plaintiff is directed to respond to the Letter Motion by **September 3, 2026.** The undersigned will hold a conference by telephone to address the Letter Motion on **September 11, 2026** at **2:30 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 986 657 393#).

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge