UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 115 (the "Letter Motion"), requesting leave to file certain documents under seal or with redactions. The Letter Motion is **GRANTED IN PART AND DENIED IN PART**.

After reviewing the proposed redactions to the relevant submissions, the Court concludes that Defendants' proposed redactions to the documents filed at ECF Nos. 116, 116-2, and 116-4 are sufficiently tailored to justify redactions and are otherwise consistent with the presumption in favor of public access to judicial documents under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Accordingly, Defendants' redactions to those documents are approved.

However, Defendants' request to file ECF No. 116-6 entirely under seal is not sufficiently tailored. Specifically, it does not appear that anything in the first twelve pages of the document warrants redaction or sealing. While it might be appropriate to redact certain specific figures in the damages calculation, the

description of the categories of damages should not be redacted or sealed. Accordingly, Defendants' request to seal ECF No. 116-6 in its entirety is denied.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 115 as **GRANTED IN PART AND DENIED IN PART**. However, Defendants may file a renewed motion requesting to redact specific portions of ECF No. 116-6 by **September 3, 2026**. If no such amended motion is filed, Defendants are directed to file a public version of the documents with the approved redactions as described above.

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge