USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Letter Motion, ECF No. 120 (the "Letter Motion"), requesting a pre-motion conference to resolve a discovery dispute. The request for a pre-motion conference is **GRANTED.** Defendants are directed to file a response to the Letter Motion by **September 4, 2026.** The undersigned will address the Letter Motion at the conference scheduled for **September 11, 2026** at **2:30 p.m.** *See* ECF No. 117. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 986 657 393#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 120 as **GRANTED.**

**SO ORDERED.**

Dated: August 31, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge