USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 123 (the "Letter Motion"), requesting to seal Exhibit 6 to Defendants' Letter Motion to Compel. After reviewing the proposed redactions, the Court concludes that Defendants' proposed redactions to Exhibit 6 are sufficiently tailored and are otherwise consistent with the presumption in favor of public access to judicial documents under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Accordingly, Defendants' Letter Motion is **GRANTED**. Defendants are directed to file a public version of its Letter Motion to Compel and exhibits with the approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 123 as **GRANTED**.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge