USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 128 (the "Letter Motion"), requesting to seal Exhibits 3 and 5 to Defendants' Response Letter to Plaintiff's Motion to Compel (the "Response Letter"). After reviewing the proposed redactions, the Court concludes that Defendants' proposed redactions to Exhibits 3 and 5 are sufficiently tailored and are otherwise consistent with the presumption in favor of public access to judicial documents under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Accordingly, Defendants' Letter Motion is **GRANTED**. Defendants are directed to file a public version of the Response Letter and exhibits with the approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 128 as **GRANTED**.

**SO ORDERED.**

Dated: September 8, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge