USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 11, 2026 to address Defendants' sealed letter motion at ECF No. 116, which was publicly filed on the docket as ECF No. 127 ("Defendants' Motions"). For the reasons stated on the record, Defendants' request to compel further responses to RFP Nos. 36 and 37 is **DENIED** without prejudice.

The Court also addressed Plaintiff's letter motion at ECF No. 120 ("Plaintiff's Motion"). For the reasons stated on the record, Plaintiff's Motion is **GRANTED IN PART and DENIED IN PART**. The parties shall confer further regarding Defendants' responses to Plaintiff's interrogatories. Defendants shall provide amended interrogatory responses and verification by **September 18, 2026**.

The Clerk of Court is respectfully directed to terminate Defendants' Motions at ECF Nos. 116 and 127 as **DENIED**.

**SO ORDERED.**

Dated: September 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge