USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 136 (the "Letter Motion"), requesting to file certain documents under seal. The Letter Motion is **GRANTED IN PART and DENIED IN PART**.

A party seeking to file documents under seal must demonstrate that the request is sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Defendants' request to seal Exhibits 13 and 3 is **DENIED**. Defendants may propose redactions and renew the motion to seal as to Exhibit 3. Exhibit 13 cannot be sealed or redacted and should be filed on the public docket. Defendants' sealing request is otherwise **GRANTED**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 136 as **GRANTED IN PART and DENIED IN PART**. Defendants may file a renewed motion requesting to redact specific portions of Exhibit 3 by

**September 18, 2026**. If no such amended motion is filed, Defendants are directed to file a public version of the documents with the approved redactions as described above.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge