USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 142 (the "Letter Motion"), requesting to file certain documents under seal. The Letter Motion is **GRANTED IN PART and DENIED IN PART**.

A party seeking to file documents under seal must demonstrate that the request is sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Plaintiff's request to seal Exhibits G and I is **GRANTED**. The request to redact individual names and business email addresses in Exhibits B, E, F, and H is **DENIED**. Thus, all proposed redactions to Exhibit B and some of the proposed redactions to Exhibits E, F, and H are rejected. Finally, the request to redact the Letter Motion itself is **DENIED**.

For future sealing requests, the parties should consult Rule II(G) of the undersigned's Individual Rules and Practices in Civil Cases regarding the procedure for filing a sealed and public version of the relevant documents. Specifically, a party seeking to seal or redact documents should only file a public version of documents with *approved* redactions *after* the Court has made its ruling on the sealing request in order to avoid multiple filings of the same document with differing redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 142 as **GRANTED IN PART and DENIED IN PART**. Plaintiff is directed to file a public version of the Letter Motion and exhibits with approved redactions in compliance with this order.

**SO ORDERED.**

Dated: September 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge