USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 149 (the "Letter Motion"), requesting to seal certain documents. Because the Letter Motion is duplicative of Plaintiff's September 15, 2026 letter motion at ECF No. 142, which was decided by the Court's order at ECF No. 147, the Letter Motion is **DENIED AS MOOT.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 149 as **DENIED AS MOOT.**

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge