USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 153 (the "Letter Motion"), requesting to partially seal Exhibit 3 to Defendants' Opposition to Plaintiff's Letter Motion to Compel. Defendants' proposed redactions are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Letter Motion is **GRANTED.** Defendants are directed to file a public version of their opposition and exhibits with approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 153 as **GRANTED.**

**SO ORDERED.**

Dated: September 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge