USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 159 (the "Letter Motion"), requesting a pre-motion conference in relation to a motion to compel. Defendants are directed to file a response to the Letter Motion by **September 29, 2026.** The undersigned will hold a conference via telephone on **October 13, 2026** at **3:00 p.m.** to address the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 775 590 528#).

**SO ORDERED.**

Dated: September 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge