USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 165 (the "Letter Motion"), requesting to file a document under seal. Defendants' proposed redactions are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Letter Motion is **GRANTED.** Defendant is directed to file a public version of its response to Plaintiff's motion to compel and exhibits with approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 165 as **GRANTED.**

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge