USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 25, 2026 to address Plaintiff's motion, ECF No. 125 (the "Motion"), seeking to compel certain discovery. The Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff's motion to compel production of documents in connection with RFPs 11–17 to Aon, RFPs 5, 7–11, 14, 16, and 27 to McDonough, and RFPs 5, 7–11, 14, 16, and 26 to Hall is **GRANTED**.

Plaintiff's motion to compel production of documents in connection with RFP 15 to Hall is **DENIED AS MOOT** in light of the fact that Hall will amend his objections to RFP 15.

Plaintiff's motion to compel production of documents in connection with RFP 17 to McDonough and Hall is **GRANTED**.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge