USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 171 (the "Letter Motion"), requesting to file documents under seal. The Letter Motion is **GRANTED IN PART and DENIED IN PART**.

As to Exhibits 4, 6, and 10, Defendants' proposed redactions are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Letter Motion is **GRANTED** for those exhibits.

As to Exhibit 9, the request to seal the document in its entirety is **DENIED**. While the undersigned previously allowed sealing of an internal document addressing certain best practices and providing templates, this email merely gives generic advice that is not proprietary.

Defendant is directed to publicly file its response to Plaintiff's motion to compel with exhibits in accordance with the directives provided herein.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 171 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge