USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 2, 2026 to address Plaintiff's September 10, 2026 motion, ECF No. 134 (the "September 10 Motion"), and Plaintiff's September 15, 2026 motion, filed publicly on the docket at ECF Nos. 145 and 150 and under seal at ECF No. 144 (the "September 15 Motion"). For the reasons stated on the record, the September 10 Motion and the September 15 Motion are **GRANTED IN PART and DENIED IN PART**. The parties are instructed to adhere to the below directives.

## I. SEPTEMBER 10 MOTION

Regarding Interrogatory Nos. 4–8 to Aon, and 1, 6, 7, and 10 to McDonough and Hall, Defendants shall remove the enforceability qualifiers for the same reason given in the Court's previous ruling.

Regarding Interrogatory Nos. 7–8 to Aon, and 10–11 to McDonough and Hall, Defendants will respond with reference to the list of Marsh clients used previously

for discovery, without prejudice to the merits regarding the scope of the contractual restrictions.

## II. SEPTEMBER 15 MOTION

Regarding Requests for Production No. 2 to Aon, and 4 to McDonough, Defendants will produce documents relevant to the process of recruiting the individuals Plaintiff defines as the "Additional Aon Leavers."

Regarding Interrogatory Nos. 1, 2, and 10 to Aon, and 5 to McDonough, Defendants will supplement their responses regarding recruitment of the "Additional Aon Leavers."

## III. CONCLUSION

The September 10 Motion and the September 15 Motion are **GRANTED IN PART and DENIED IN PART**. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 144, 145, and 150 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge