USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 13, 2026 to address Plaintiff's motion to compel, filed under seal at ECF No. 159, and filed publicly as ECF No. 163 (the "Motions"). For the reasons stated on the record, the Motions are **GRANTED IN PART and DENIED IN PART**. The parties shall adhere to the below directives.

Plaintiff's request for full collection and production of communications from McDonough's second Gmail account is **DENIED AS MOOT**. Plaintiff's request for full collection and production of communications from Hall's email account is **DENIED**, without prejudice.

Plaintiff's request to compel Defendants to collect and produce relevant ESI from personal accounts is **GRANTED IN PART AND DENIED IN PART**. Defendants shall collect and produce relevant text messages from the following custodians: Brian Wanat, Jeff Alpaugh, Jason Trotter, Chris Davis, Brian Hodges, and Tom Noonan.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 159 and 163 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge