USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 191 (the "Letter Motion"), requesting to file documents under seal. The Letter Motion is **GRANTED IN PART and DENIED IN PART**.

Defendants' proposed redactions to Exhibits 1, 5, and 8 are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the redactions to those documents are approved.

The redactions to Exhibit 2 are not sufficiently tailored. Therefore, the proposed redactions to that document are denied.

Regarding Exhibit 6, the redaction to the last bullet point on page 3 of the PDF is approved. The other proposed redactions to that document are denied.

Regarding Exhibit 7, the proposed redactions to item 3 on page 2 of the PDF are approved. The redactions to items 1 and 2 are denied. The redactions on page 3 of the PDF are also denied.

Regarding Exhibit 9, the redactions on pages 8 through 16 of the PDF are approved. The redactions on pages 7 and 17 of the PDF are denied.

Defendant is directed to publicly file its letter motion to compel at ECF No. 192 with exhibits incorporating redactions consistent with this order.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 191 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge