USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 196 (the "Letter Motion"), requesting to file documents under seal. Plaintiff's proposed redactions to Exhibits 1 through 5 are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Letter Motion is **GRANTED**.

Plaintiff shall publicly file its response in opposition to Defendants' letter motion to compel and exhibits with approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 196 as **GRANTED**.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge