USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 17, 2026 to address Defendants' letter motion seeking to compel Plaintiff to supplement its interrogatory responses, filed under seal at ECF No. 192 and publicly at ECF No. 195 (the "Letter Motions"). For the reasons stated on the record, the Letter Motions are **GRANTED IN PART and DENIED IN PART**. Plaintiff shall supplement its responses to Defendants' Interrogatory No. 1 included in rows 1, 8, 10, 11, and 13 of Plaintiff's chart.

The Clerk of Court is respectfully directed to terminate the Letter Motions at ECF Nos. 192 and 195 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge