USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 208 (the "Letter Motion"), requesting a conference to resolve a discovery dispute. The request for a conference is **GRANTED**. Defendants shall respond to the Letter Motion by **November 24, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **December 8, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 776 485 201#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 208 as **GRANTED**.

**SO ORDERED.**

Dated: November 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge