USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 207 (the "Letter Motion"), requesting to file certain documents under seal. The Letter Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff's proposed redactions to **Exhibits 4, 6,** and **7** are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, those redactions are approved.

Plaintiff's proposed redactions to **Exhibits 1, 2, 5, 8,** and **13** are not sufficiently tailored and are rejected entirely. Plaintiff should note that a mobile phone number included in a default email signature is not confidential and cannot be redacted.

Plaintiff's proposed redactions to its other exhibits are approved in part as follows:

- **Exhibit 3** – Plaintiff may redact specific client names. Otherwise, the proposed redactions are rejected.
- **Exhibits 9, 10,** and **11** – the proposed redactions to phone numbers in email signatures are rejected. However, Plaintiff may redact specific client names and financial figures.
- **Exhibit 12** – the proposed redactions to phone numbers in email signatures are rejected. However, Plaintiff may redact compensation information.
- **Exhibits 14** and **15** – the proposed redactions to phone numbers in email signatures are rejected. However, Plaintiff may redact client names.

Plaintiff shall file a public version of its letter motion and exhibits with approved redactions in accordance with this order.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 207 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: November 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge