USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motions seeking to compel discovery, ECF Nos. 213 and 216 ("Plaintiff's Motions"), and Defendants' letter motions seeking to compel discovery, ECF Nos. 219, 221, 223, 225 and 227 ("Defendants' Motions"). Defendants shall respond to Plaintiff's Motions by **December 2, 2026**. Plaintiff shall respond to Defendants' Motions by **December 2, 2026**. The undersigned will hold a conference via telephone to address Plaintiff's Motions and Defendants' Motions on **December 16, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 391 882 754#).

As Defendants' motion at ECF No. 225 is a corrected version of the motion filed at ECF No. 219, and Defendants' motion at ECF No. 227 is a corrected version of the motion filed at ECF No. 221, the Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 219 and 221 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge