USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motions seeking to file certain documents under seal, ECF Nos. 212 and 215 ("Plaintiff's Sealing Motions"), and Defendants' letter motions seeking to file certain documents under seal, ECF Nos. 218, 220, 222, 224 and 226 ("Defendants' Sealing Motions"). The parties shall adhere to the below directives regarding their motions.

## I. PLAINTIFF'S SEALING MOTIONS

Plaintiff's proposed redactions as described in ECF No. 212 are not sufficiently tailored or otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, those redactions are rejected and ECF No. 212 is **DENIED**.

Plaintiff's proposed redactions as described in ECF No. 215 are sufficiently tailored. Therefore, those redactions are approved and ECF No. 215 is **GRANTED**.

Plaintiff shall file public versions of its submissions in accordance with this order.

## II. DEFENDANTS' SEALING MOTIONS

Because ECF No. 224 is a corrected version of ECF No. 218, the motion at ECF No. 218 is **DENIED AS MOOT**.

Because ECF No. 226 is a corrected version of ECF No. 220, the motion at ECF No. 220 is **DENIED AS MOOT**.

Defendants' proposed redactions as described in ECF No. 222 are approved in part and rejected in part. The sealing request pertaining to Exhibit 3 is rejected. The requests pertaining to Exhibits 4 and 5 are rejected, however Defendants can redact numbers that are components of compensation. Therefore, the motion at ECF No. 222 is **GRANTED IN PART and DENIED IN PART**.

Defendants' proposed redactions described in ECF No. 224 are approved. Therefore, the motion at ECF No. 224 is **GRANTED**.

Defendants' proposed redactions as described in ECF No. 226 are approved in part and rejected in part. Defendants' redactions to Exhibits 1 and 4 are approved. The request pertaining to Exhibit 3 is rejected. Defendants may, however, propose narrower redactions to page 129 of the transcript. Therefore, the motion at ECF No. 226 is **GRANTED IN PART and DENIED IN PART**.

Defendants shall file public versions of its submissions in accordance with this order.

## III. CONCLUSION

The Clerk of Court is respectfully directed to: (1) terminate the motions at ECF Nos. 215 and 224 as **GRANTED**; (2) terminate the motion at ECF No. 212 as **DENIED**; (3) terminate the motions at ECF Nos. 218 and 220 as **DENIED AS MOOT**; and (4) terminate the motions at ECF Nos. 222 and 226 as **GRANTED IN PART and DENIED IN PART.**

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge