USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motions seeking to compel discovery, ECF Nos. 230, 234, and 238 ("Plaintiff's Motions"). Defendants are directed to respond to Plaintiff's Motions by **December 11, 2026**. The undersigned will hold a conference via telephone to address Plaintiff's Motions on **January 5, 2027** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 905 907 408#).

In light of the outstanding discovery disputes, the December 4, 2026 deadline for the parties to file a joint status letter, *see* ECF No. 190, is adjourned to **January 12, 2027**.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge