USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

Plaintiff,

-v-

AON RISK SERVICES COMPANIES, INC., ROBERT MCDONOUGH, and DANNY HALL,

Defendants.

**ORDER**

25-CV-3241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motions seeking to file certain documents under seal, ECF Nos. 229, 233, and 236 ("Plaintiff's Sealing Motions"), as well as Defendants' letter motion seeking to file documents under seal, ECF No. 246 ("Defendants' Sealing Motion"). The parties shall adhere to the below directives.

## I. PLAINTIFF'S SEALING MOTIONS

Plaintiff's proposed redactions as described in ECF No. 229 are sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the redactions are approved and the motion at ECF No. 229 is **GRANTED**.

The redactions proposed in ECF No. 233 are approved, except the redactions included in Exhibit 14, which are rejected. Therefore, the motion at ECF No. 233 is

**GRANTED IN PART and DENIED IN PART.**

Plaintiff's proposed redactions as described in ECF No. 236 are approved. Therefore, the motion at ECF No. 236 is **GRANTED**.

Plaintiff is directed to file public versions of its submissions in accordance with this order.

## II. DEFENDANTS' SEALING MOTION

Defendants' proposed redactions described in ECF No. 246 are approved. Therefore, the motion at ECF No. 246 is **GRANTED**.

Defendants are directed to file public versions of its submissions in accordance with this order.

## III. CONCLUSION

The Clerk of Court is respectfully directed to: (1) terminate the motion at ECF No. 229 as **GRANTED**; (2) terminate the motion at ECF No. 233 as **GRANTED IN PART and DENIED IN PART**; (3) terminate the motion at ECF No. 236 as **GRANTED**; and (4) terminate the motion at ECF No. 246 as **GRANTED**.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge